**No. 53769.**—A. M. & J. Solari, Ltd., et al. *v.* United States, protests 140803–K/12995 and 140733–K/12983 (New Orleans).

Opinion by Ekwall, J. For the reasons stated in *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C. D. 1155), the claim of the plaintiffs was sustained.